| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| RAS Crane, LLC<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone Number 470-321-7112<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | CASE NO.: 19-21112-MBK<br><br>CHAPTER 13 |
| **In Re:**<br><br>**Barbara Ella Pavlick,**<br><br>    **Debtor.** | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR HOME EQUITY LOAN TRUST 2007-FRE1 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 3), and states as follows:

1. Debtor, Barbara Ella Pavlick, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 3, 2019.

2. Secured Creditor holds a security interest in the Debtor's real property located at 112 SINCLAIR AVE, LACEY TOWNSHIP, NJ 08734 (the "Property").

3. The Debtor filed a Chapter 13 Plan and Motions ("Plan") on June 3, 2019.

4. Debtor's Plan proposes to value the Property at $129,630.00 and strip Secured Creditor's second lien. Secured Creditor disputes this valuation. Until a final determination on valuation occurs, it would be premature to consider confirming Debtor's Plan.

5. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. This, the Plan violates the provisions of 11 U.S.C. §1325(a)(3) and cannot be confirmed.

6. Secured Creditor reserves the right to supplement its objection.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

    RAS Crane, LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone Number 470-321-7112

    By: /s/Laura Egerman
    Laura Egerman, Esquire
    NJ Bar Number  LE-8250
    Email: legerman@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Crane, LLC**<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone Number 470-321-7112<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | CASE NO.: 19-21112-MBK<br><br>CHAPTER 13 |
| **In Re:**<br><br>**Barbara Ella Pavlick**<br><br>       **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Laura Egerman, represent THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR HOME EQUITY LOAN TRUST 2007-FRE1 in this matter.

2. On July 8, 2019, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below. *Objection to Confirmation of Debtor's Chapter 13 Plan*.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

July 8, 2019

                                        RAS Crane, LLC
                                        Attorney for Secured Creditor
                                        10700 Abbott's Bridge Road, Suite 170
                                        Duluth, GA 30097
                                        Telephone Number 470-321-7112

                                        By: /s/Laura Egerman
                                        Laura Egerman, Esquire
                                        NJ Bar Number  LE-8250
                                        Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| William H. Oliver, Jr.<br>2240 State Highway 33 Suite 112<br>Neptune, NJ 07753 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Barbara Ella Pavlick<br>1403 Red Feather Trail<br>Browns Mills, NJ 08015-6313 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |