UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Barbara Ella Pavlick

Debtor(s)

Case No. 19-21112 / MBK

Hearing Date: August 14, 2019 10:00 am

Judge: Michael B. Kaplan

Chapter: 13

**TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN and
TRUSTEE'S OBJECTION TO DEBTOR(S) CLAIM OF EXEMPTIONS**

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has undertaken an improper use of exemption. Specifically: Debtor has exceeded the 522(d)(5) exemption by $3,958.57 based upon the amount used for the 522(d)(1) exemption.**

**The debtor has failed to provide proof of service with respect to Plan Motion(s).**

**Must fiel pre conf cert.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

/s/ Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: Mary Krieger, Staff Attorney