**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:                                           CASE NO.: 19-21112-MBK
                                                             CHAPTER 13

**Barbara Ella Pavlick,**

    Debtor.

_____/

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE THAT**, on behalf of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR HOME EQUITY LOAN TRUST 2007-FRE1 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on 09/09/2019 under claim #6 on the Claims Register.**

                                          ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                          Attorney for Secured Creditor
                                          6409 Congress Ave., Suite 100
                                          Boca Raton, FL 33487
                                          Telephone: 561-241-6901
                                          Facsimile: 561-241-1969

                                          By: /s/ Sindi Mncina
                                                Sindi Mncina
                                          Email: smncina@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 12, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

William H. Oliver, Jr.
2240 State Highway 33
Suite 112
Neptune, NJ 07753

Barbara Ella Pavlick
112 Sinclair Ave
Lanoka Harbor, NJ 08734

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Sindi Mncina
     Sindi Mncina
Email: smncina@rascrane.com