UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112 (main)
Telephone: 973-575-0707 (local)
Attorneys for Secured Creditor

Laura Egerman, Esq. (LE-8250)

In Re:
BARBARA ELLA PAVLICK,

Debtor.

Case No.: 19-21112-MBK
Chapter: 13
Hearing Date: 11/05/2019
Judge: Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Objection to Confirmation of Debtor's Chapter 13 Plan (Docket 13)

_____

Date: 09/18/2019

/s/ Laura Egerman
Signature

*rev.8/1/15*