**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION**

**IN RE:**                                                                                                   **CASE NO.: 19-21112-MBK**
                                                                                                                          **CHAPTER 13**

**Barbara Ella Pavlick,**

   **Debtor.**

_____/

**NOTICE OF WITHDRAWAL**

   **PLEASE TAKE NOTICE THAT**, on behalf of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR HOME EQUITY LOAN TRUST 2007-FRE1 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on 9/12/19 under claim #3 on the Claims Register.**

                                                                           ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                                                           Attorney for Secured Creditor
                                                                           6409 Congress Ave., Suite 100
                                                                           Boca Raton, FL 33487
                                                                           Telephone: 561-241-6901
                                                                           Facsimile: 561-241-1969

                                                                           By: /s/ Sindi Mncina
                                                                           Sindi Mncina
                                                                           Email: smncina@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 21, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

William H. Oliver, Jr.
2240 State Highway 33
Suite 112
Neptune, NJ 07753

Barbara Ella Pavlick
112 Sinclair Ave
Lanoka Harbor, NJ 08734

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-241-1969

        By: /s/ Sindi Mncina
           Sindi Mncina
            Email: smncina@rascrane.com