Office Mailing Address:
Albert Russo, Trustee
CN 4853
Trenton, NJ  08650

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-21112 / MBK**

Barbara Ella Pavlick
112 Sinclair Ave
Lanoka Harbor  NJ      08734

Petition Filed Date: 06/03/2019
341 Hearing Date: 07/11/2019
Confirmation Date: 11/05/2019

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/11/2019 | $702.00 | 6771101298 | 07/09/2019 | $728.00 | 6771101314 | 08/06/2019 | $728.00 | 6771101327 |
| 09/09/2019 | $728.00 | 6771101343 | 10/08/2019 | $728.00 | 6771101360 | 11/05/2019 | $728.00 | 6771101388 |
| 12/04/2019 | $728.00 | 6771160222 | | | | | | |

**Total Receipts for Period: $5,070.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,526.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Barbara Ella Pavlick | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,660.00 | $4,660.00 | $0.00 |
| 1 | WELLS FARGO SERVICING CENTER | Unsecured Creditors | $1,817.55 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $8,232.55 | $0.00 | $0.00 |
| 3 | Bank of New York Mellon<br>»» P/112 SINCLAIR AVE/1ST MTG | Mortgage Arrears | $32,137.74 | $155.63 | $31,982.11 |
| 4 | Wells Fargo Card Services | Unsecured Creditors | $2,991.69 | $0.00 | $0.00 |
| 5 | JERSEY CENTRAL POWER & LIGHT | Unsecured Creditors | $695.51 | $0.00 | $0.00 |
| 6 | Bank of New York Mellon<br>»» P/112 SINCLAIR AVE/2ND MTG/CRAM BAL | Unsecured Creditors | $41,048.90 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC<br>»» BLAIR | Unsecured Creditors | $144.51 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» HABAND | Unsecured Creditors | $605.78 | $0.00 | $0.00 |
| 9 | Citibank, NA<br>»» SEARS | Unsecured Creditors | $1,458.25 | $0.00 | $0.00 |
| 10 | DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT<br>»» CLUB SUNTERRA VACATIONS/SURRENDERED | Secured Creditors<br>No Disbursements: Filed Out of Time - NO | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-21112 / MBK**

<div style="border:1px solid">

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/10/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,526.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $4,815.63 | Current Monthly Payment: | $738.00 |
| Paid to Trustee: | $359.21 | Arrearages: | ($622.00) |
| Funds on Hand: | $1,351.16 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

</div>