| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 19-21112 / MBK

Barbara Ella Pavlick

Petition Filed Date: 06/03/2019
341 Hearing Date: 07/11/2019
Confirmation Date: 11/05/2019

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $728.00 | 6771101438 | 02/04/2020 | $728.00 | 6771101465 | 03/16/2020 | $728.00 | 6771101474 |
| 04/07/2020 | $728.00 | 6771101498 | 05/04/2020 | $738.00 | 67623990 | 06/02/2020 | $738.00 | 68371840 |
| 07/02/2020 | $738.00 | 69119460 | 08/03/2020 | $738.00 | 69848780 | 09/09/2020 | $728.00 | 6771101588 |
| 10/06/2020 | $738.00 | 6771101596 | 11/18/2020 | $738.00 | 6771101618 | 12/08/2020 | $738.00 | 6771101632 |
| 01/11/2021 | $738.00 | 6771101647 | 02/09/2021 | $738.00 | 6771101668 | | | |

**Total Receipts for the Period: $10,282.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $15,352.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Barbara Ella Pavlick | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,660.00 | $4,660.00 | $0.00 |
| 1 | WELLS FARGO SERVICING CENTER | Unsecured Creditors | $1,817.55 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $8,232.55 | $0.00 | $0.00 |
| 3 | Bank of New York Mellon<br>»» P/112 SINCLAIR AVE/1ST MTG | Mortgage Arrears | $32,137.74 | $8,228.51 | $23,909.23 |
| 4 | Wells Fargo Card Services | Unsecured Creditors | $2,991.69 | $0.00 | $0.00 |
| 5 | JERSEY CENTRAL POWER & LIGHT | Unsecured Creditors | $695.51 | $0.00 | $0.00 |
| 6 | Bank of New York Mellon<br>»» P/112 SINCLAIR AVE/2ND MTG/CRAM BAL | Unsecured Creditors | $41,048.90 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC<br>»» BLAIR | Unsecured Creditors | $144.51 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» HABAND | Unsecured Creditors | $605.78 | $0.00 | $0.00 |
| 9 | Citibank, NA<br>»» SEARS | Unsecured Creditors | $1,458.25 | $0.00 | $0.00 |
| 10 | DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT<br>»» CLUB SUNTERRA VACATIONS/SURRENDEREI | Secured Creditors<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-21112 / MBK**

| | | |
|---|---|---|
| **SUMMARY** | | |

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,352.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $12,888.51 | Current Monthly Payment: | $738.00 |
| Paid to Trustee: | $1,077.53 | Arrearages: | ($592.00) |
| Funds on Hand: | $1,385.96 | | |

•   **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

•   **View your case information online for _FREE_!  Register today at <u>www.ndc.org</u>.**