| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-21112 / MBK**

Barbara Ella Pavlick

Petition Filed Date: 06/03/2019
341 Hearing Date: 07/11/2019
Confirmation Date: 11/05/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2021 | $738.00 | 6771101647 | 02/09/2021 | $738.00 | 6771101668 | 03/11/2021 | $738.00 | 6771101686 |
| 04/09/2021 | $738.00 | 6771101708 | 05/06/2021 | $738.00 | 6771101725 | 06/08/2021 | $738.00 | 6771101759 |
| 07/12/2021 | $738.00 | 6771101777 | 08/10/2021 | $738.00 | 6771100250 | 09/09/2021 | $738.00 | 6771101807 |
| 10/08/2021 | $738.00 | 6771101830 | 11/12/2021 | $738.00 | 6771101853 | 12/08/2021 | $738.00 | 6771101873 |
| 01/11/2022 | $738.00 | 6771101898 | | | | | | |

**Total Receipts for the Period:  $9,594.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $23,470.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Barbara Ella Pavlick | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq. »» ATTY DISCLOSURE | Attorney Fees | $4,660.00 | $4,660.00 | $0.00 |
| 1 | WELLS FARGO SERVICING CENTER | Unsecured Creditors | $1,817.55 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $8,232.55 | $0.00 | $0.00 |
| 3 | Bank of New York Mellon »» P/112 SINCLAIR AVE/1ST MTG | Mortgage Arrears | $32,137.74 | $16,435.79 | $15,701.95 |
| 4 | Wells Fargo Card Services | Unsecured Creditors | $2,991.69 | $0.00 | $0.00 |
| 5 | JERSEY CENTRAL POWER & LIGHT | Unsecured Creditors | $695.51 | $0.00 | $0.00 |
| 6 | Bank of New York Mellon »» P/112 SINCLAIR AVE/2ND MTG/CRAM BAL | Unsecured Creditors | $41,048.90 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC »» BLAIR | Unsecured Creditors | $144.51 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC »» HABAND | Unsecured Creditors | $605.78 | $0.00 | $0.00 |
| 9 | Citibank, NA »» SEARS | Unsecured Creditors | $1,458.25 | $0.00 | $0.00 |
| 10 | DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT »» CLUB SUNTERRA VACATIONS/SURRENDERED | Secured Creditors No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-21112 / MBK**

| SUMMARY | |
|---|---|
| Summary of all receipts and disbursements from date filed through 2/3/2022: | |
| Total Receipts: $23,470.00 | Percent to General Unsecured Creditors: 0% |
| Paid to Claims: $21,095.79 | Current Monthly Payment: $738.00 |
| Paid to Trustee: $1,698.20 | Arrearages: $146.00 |
| Funds on Hand: $676.01 | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

