**UNITED STATES BANKRUPTCY COURT**
District Of New Jersey

**IN RE:** BARBARA E PAVLICK                                    **CASE NO:** 1921112

**NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS**

   Wells Fargo Bank, N.A., *as Servicer,* hereby gives notice that all presently held or future payments to the creditor for the Court claim number(s) 1 from the Chapter 13 Trustee should be sent to the following address:

| **OLD Payments Address:** | **NEW Payments Address:** |
|---|---|
| Wells Fargo Servicing Center | Wells Fargo N.A. Personal Lending |
| MAC Q21232-023 PO Box 94423 | P.O. Box 564300 |
| Albuquerque, NM 87199 | Charlotte, NC 28256-9914 |

/s/  Kevin T. Cunningham
Kevin T. Cunningham
**Wells Fargo Bank, N.A.**
MAC N9361-030
435 Ford Road, Suite 300
St. Louis Park, MN 55426
Telephone: 1-866-862-9753
Email address:
PCMBankruptcyWFB@wellsfargo.com

BKCOADDR (12/2018)