| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-21112 / MBK**

Barbara Ella Pavlick

Petition Filed Date: 06/03/2019
341 Hearing Date: 07/11/2019
Confirmation Date: 11/05/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2022 | $738.00 | 6771101898 | 02/11/2022 | $738.00 | 6771101915 | 03/08/2022 | $738.00 | 6771101928 |
| 04/06/2022 | $738.00 | 6771101942 | 05/09/2022 | $738.00 | 6771101964 | 06/07/2022 | $738.00 | 6771101975 |
| 07/11/2022 | $738.00 | 6771101997 | 08/08/2022 | $738.00 | 6771102010 | 09/09/2022 | $738.00 | 6771102030 |
| 10/11/2022 | $738.00 | 6771102047 | 11/08/2022 | $738.00 | 6771102063 | 12/06/2022 | $738.00 | 6771102076 |
| 01/10/2023 | $738.00 | 6771102093 | 02/08/2023 | $738.00 | 6771102115 | 03/07/2023 | $738.00 | 6771102134 |

**Total Receipts for the Period: $11,070.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $33,802.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Barbara Ella Pavlick | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,660.00 | $4,660.00 | $0.00 |
| 1 | WELLS FARGO BANK,NA | Unsecured Creditors | $1,817.55 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $8,232.55 | $0.00 | $0.00 |
| 3 | Bank of New York Mellon<br>»» P/112 SINCLAIR AVE/1ST MTG | Mortgage Arrears | $32,137.74 | $25,259.32 | $6,878.42 |
| 4 | Wells Fargo Card Services | Unsecured Creditors | $2,991.69 | $0.00 | $0.00 |
| 5 | JERSEY CENTRAL POWER & LIGHT | Unsecured Creditors | $695.51 | $0.00 | $0.00 |
| 6 | Bank of New York Mellon<br>»» P/112 SINCLAIR AVE/2ND MTG/CRAM BAL | Unsecured Creditors | $41,048.90 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC<br>»» BLAIR | Unsecured Creditors | $144.51 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» HABAND | Unsecured Creditors | $605.78 | $0.00 | $0.00 |
| 9 | Citibank, NA<br>»» SEARS | Unsecured Creditors | $1,458.25 | $0.00 | $0.00 |
| 10 | DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT<br>»» CLUB SUNTERRA VACATIONS/SURRENDERE[D]  | Secured Creditors<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» SUB OF ATTY 9/30/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-21112 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,802.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $29,919.32 | Current Monthly Payment: | $738.00 |
| Paid to Trustee: | $2,512.96 | Arrearages: | ($592.00) |
| Funds on Hand: | $1,369.72 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

