| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com |
| In Re:<br><br>Barbara E. Pavlick |

**Order Filed on March 28, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No: | 19-21112 |
| Chapter: | 13 |
| Hearing Date: | 03/27/2024 |
| Judge: | MBK |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 28, 2024**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 112 Sinclair Avenue, Lanoka Harbor, NJ 08734
Block 12 Lot 6

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Mortgage Electronic Registration Systems
b. Current Assignee: 
c. Current Servicer: Mr. Cooper
d. Date of Mortgage/Lien: 11/22/2006
e. Date of Recordation: 01/17/2007
f. Place of Recordation: Ocean County Clerk
   i. Mortgage Book: 13489
   ii. Page: 1401
g. Original Principal Balance of Mortgage/Lien: $ 48,400.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*