**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

R. Cameron Legg, Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
courtdocs@oliverandlegg.com

In Re:

Barbara E. Pavlick

Order Filed on March 28, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 19-21112

Chapter: 13

Hearing Date: 03/27/2024

Judge: MBK

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 28, 2024**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 112 Sinclair Avenue, Lanoka Harbor, NJ 08734
Block 12 Lot 6

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Mortgage Electronic Registration Systems
b. Current Assignee: _____
c. Current Servicer: Mr. Cooper
d. Date of Mortgage/Lien: 11/22/2006
e. Date of Recordation: 01/17/2007
f. Place of Recordation: Ocean County Clerk
   i. Mortgage Book: 13489
   ii. Page: 1401
g. Original Principal Balance of Mortgage/Lien: $ 48,400.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-21112-MBK
Barbara Ella Pavlick  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Mar 28, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Barbara Ella Pavlick, 112 Sinclair Ave, Lanoka Harbor, NJ 08734-1837 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
    docs@russotrustee.com

Aleisha Candace Jennings
    on behalf of Creditor The Bank Of New York Mellon ajennings@raslg.com

Denise E. Carlon
    on behalf of Creditor Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for HOME EQUITY LOAN TRUST 2007-FRE1 hkaplan@rasnj.com  kimwilson@raslg.com

Kevin Gordon McDonald
    on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for HOME EQUITY LOAN TRUST 2007-FRE1 kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman
    on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for HOME EQUITY LOAN TRUST 2007-FRE1 laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Robert Cameron Legg
    on behalf of Debtor Barbara Ella Pavlick courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for HOME EQUITY LOAN TRUST 2007-FRE1 smncina@raslg.com

Sindi Mncina
    on behalf of Creditor The Bank Of New York Mellon smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10